FILED

2026 Jul-22  AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ANDY DEES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-679-ACA-SGC** |
| | ) | |
| **BEAMON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

In June 2026, the magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Andy Dees's failure to prosecute his claims. (Doc. 7). Although the magistrate judge advised Mr. Dees that he had fourteen days to file objections (doc. 7 at 2), the court has not received any objections.

Mr. Dees's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this case **WITHOUT PREJUDICE** for Mr. Dees's failure to prosecute his claims.

**DONE** and **ORDERED** this July 22, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE